PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4080
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PORFIRIO GUTIERREZ,<br><br>Defendant. | CASE NO.  1:23-CR-00034-JLT<br><br>STIPULATION AND ~~PROPOSED~~ ORDER<br><br>DATE: September 28, 2023<br>TIME: 2:30 P.M.<br>COURT: Hon. Christopher D. Baker |

Per the request of the Court, both parties jointly file this status report informing the court of the status of the case. Defendant Porfirio Gutierrez, by and through his counsel of record Laura Myers ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Arin Heinz, hereby stipulate as follows:

1.      The parties are in discussions about resolution of this violation petition. However, the parties request additional time to discuss resolution.

2.      Given this information, both parties request to move the status conference to October 10, 2023. This will allow the parties to determine resolution of the petition and update the court accordingly.

///

///

///

1

Dated:  September 26, 2023

PHILLIP A. TALBERT
United States Attorney


/s/ ARIN C. HEINZ
ARIN C. HEINZ
Assistant United States Attorney


Dated:  September 26, 2023

/s/ Laura Myers
Laura Myers
Counsel for Defendant
Porfirio Gutierrez


## [~~PROPOSED~~] ORDER

Based on the parties' stipulated request and for good cause shown, the status conference, currently set for September 28, 2023, is hereby continued to October 10, 2023, at 2:30 PM.

IT IS SO ORDERED.

Dated:   **September 27, 2023**

_____

UNITED STATES MAGISTRATE JUDGE