1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  LAURA MYERS, IL Bar #6338417
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   PORFIRIO GUTIERREZ
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No. 1:23-cr-00034-JLT
12 |          Plaintiff,              | STIPULATION TO CONTINUE SENTENCING
                                        HEARING; ORDER
13 | vs.                              |
14 | PORFIRIO GUTIERREZ,              |
15 |          Defendant.              |
16

17       IT IS HEREBY STIPULATED, by and between the parties through their respective

18 counsel, Assistant United States Attorney Arin Heinz, counsel for plaintiff, and Assistant Federal

19 Defender Laura Myers, counsel for Porfirio Gutierrez, that the sentencing hearing scheduled for

20 November 13, 2023, may be continued to November 20, 2023, at 10:00 a.m.

21       On August 31, 2023, Mr. Gutierrez made an initial appearance for an allegation of a

22 violation of his supervised release.  On October 12, 2023, he entered an admission to the charge.

23 Sentencing was set for November 13, 2023.

24       The probation officer filed a dispositional memorandum on November 6, 2023.

25 Subsequently, defense counsel made an appointment to speak with Mr. Gutierrez to review the

26 dispositional memorandum and prepare for the upcoming hearing, scheduled for the morning of

27 November 8, 2023.  Shortly before the appointment time, the jail notified defense counsel that

28 Mr. Gutierrez was in the hospital.

Due to uncertainties regarding his current status, as well as counsel's inability to speak with him as scheduled, a continuance of the sentencing hearing in this case is in the interest of justice and reflects the most judicious use of the Court's resources.  This brief continuance will provide defense counsel with the necessary time to ensure that Mr. Gutierrez is fully prepared and able to be transported to Fresno for the hearing.

The parties have consulted with Mr. Gutierrez's probation officer, who has indicated that she is available on November 20.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 8, 2023        /s/ Laura Myers
                              LAURA MYERS
                              Assistant Federal Defender
                              Attorney for Defendant
                              BRUCE FRASER ARMSTRONG


PHILLIP A. TALBERT
United States Attorney

Date: November 8, 2023        /s/ Arin Heinz
                              ARIN HEINZ
                              Assistant United States Attorney
                              Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** The sentencing hearing currently set for November 13, 2023, is hereby continued to November 20, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **November 8, 2023**

UNITED STATES DISTRICT JUDGE